NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JIMMY VELASQUEZ,                              )
                                             )
                Appellant,                   )
                                             )
v.                                           )      Case No.  2D18-635
                                             )
STATE OF FLORIDA,                            )
                                             )
                Appellee.                    )
_____)

Opinion filed March 29, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender,
and Clark E. Green, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

            Affirmed.

SILBERMAN, KELLY, and VILLANTI, JJ., Concur.